HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
LUIS MAURICIO REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-129-KJM |
| Plaintiff, | **ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| LUIS MAURICIO REYES, | Judge: Hon. Carolyn K. Delaney |
| Defendant. | |

The Court, having found a compelling medical reason warranting temporary release under 18 U.S.C. § 3142(i)(4), hereby ORDERS that defendant Luis Mauricio Reyes be RELEASED from the Sacramento County Main Jail on **Tuesday, October 03, 2023 at 8:00 a.m**. into the custody of his father, Jose Francisco Reyes.

Mr. Jose Reyes will pick up the defendant, transport him directly to the Kaiser Emergency Room, and remain with the defendant while the defendant is obtaining medical attention. Mr. Jose Reyes will then transport the defendant directly back to the Sacramento County Main Jail so that the defendant can surrender to the Jail's custody **no later than Tuesday, October 03, 2023 at 5:00 p.m.**

IT IS SO ORDERED.

Dated: October 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE