UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 24, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00129-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| LUIS MAURICO REYES, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS MAURICO REYES , Case No.  2:23-cr-00129-KJM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

(Other):

X  Temporary release delayed until 10/25/2023 at 8:00 AM into the custody of defendant's father, Jose Francisco Reyes, who will transport and remain with him to Kaiser Emergency Room, then directly returned to Sacramento County Jail no later than 10/25/2023 at 5:00pm.

Dated:  October 24, 2023

*[signature]*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE